IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION


MARQUIS ROBINSON                                                    PLAINTIFF

v.                                   Civil No. 4:18-cv-4072

JACKIE RUNION (Miller County Sheriff),
*et al.*                                                            DEFENDANTS


## ORDER

     Before the Court is the Report and Recommendation filed August 7, 2018, by the Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas.  ECF No. 9.  Judge Bryant recommends that Plaintiff's claims be dismissed without prejudice.  No party has filed objections to the Report and Recommendation, and the time to object has passed.  *See* 28 U.S.C. § 636(b)(1).  Upon review, the Court adopts the Report and Recommendation *in toto*.  Accordingly, Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE**.

     **IT IS SO ORDERED**, this 27th day of August, 2018.


/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge